# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Vincent Bello IV  aka Vincent Bello aka Vincent Joseph Bello, IV aka Vince Bello aka Vincent J. Bello, IV | CHAPTER 7 |
| | BKY. NO. 19-15855 ELF |
| Debtor(s) | |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of METLIFE INSURANCE COMPANY USA and index same on the master mailing list.

                                            Respectfully submitted,
                                            **/s/ Rebecca A. Solarz Esquire**
                                            Rebecca A Solarz, Esquire
                                            Kevin G. McDonald, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 627-1322